# Exhibit B

**CLAIM CHART OF INFRINGMENT OF U.S. PATENT NO. 12,313,320**

| US 12,313,320 | Accused Products |
|---|---|
| [1.pre] A dilution refrigerator comprising: | Oxford Instruments' ProteoxQX ("the Accused Products") is a dilution refrigerator. The ProteoxQX is one of Proteox$^{TM}$ line of dilution refrigerators. The screenshots below illustrate the outer housing module (left image), opening at the front and back (center image), and the accessible sample space and cold plates (right image).<br><br><br>https://apps.apple.com/us/app/explore-proteox/id6477702161. |

1

| | |
|---|---|
| | Explore models of the Proteox family of dilution refrigerators from Oxford Instruments in augmented reality – see them in your own laboratory space!<br><br>Proteox™ dilution refrigerators from Oxford Instruments enable a step change in Cryofree® system modularity – designed for enhanced adaptability, reliability and increased experimental capacity. Opportunities to view systems before purchase can be limited so using this augmented reality app on your own device you can see several of our systems up close and in real size! Explore key features and details that will help you assess our Proteox family for your own applications.<br><br>https://apps.apple.com/us/app/explore-proteox/id6477702161.<br><br>The ProteoxQX is our largest dilution refrigerator specifically designed for the superconducting scale-up community who need thousands of high frequency lines for control and read-out and multiple components to run their QPUs. This system has multiple Secondary Inserts, PTRs and cooling circuits with the ability to have a dilution unit attached to the cold plate offering extra controllable cooling power where it is needed. Through this augmented reality app you can see the fully accessible sample space that only this shape of large dilution refrigerator will give you, with doors and easily removable radiation shields allowing you full access to the mixing chamber sample space.<br><br>https://apps.apple.com/us/app/explore-proteox/id6477702161.<br><br>*See also* https://nanoscience.oxinst.com/resources/blog/connected-dilution-refrigerators-for-scalable-quantum-computing. |
| [1.a] an outer vacuum chamber comprising an outer housing having at least one substantially planar surface; and | On information and belief, the ProteoxQX includes an outer vacuum chamber comprising an outer housing having at least one substantially planar surface as identified in the annotated augmented reality representations below. |

2



https://apps.apple.com/us/app/explore-proteox/id6477702161.

Explore models of the Proteox family of dilution refrigerators from Oxford Instruments in augmented reality – see them in your own laboratory space!

Proteox™ dilution refrigerators from Oxford Instruments enable a step change in Cryofree® system modularity – designed for enhanced adaptability, reliability and increased experimental capacity. Opportunities to view systems before purchase can be limited so using this augmented reality app on your own device you can see several of our systems up close and in real size! Explore key features and details that will help you assess our Proteox family for your own applications.

https://apps.apple.com/us/app/explore-proteox/id6477702161.

The ProteoxQX is our largest dilution refrigerator specifically designed for the superconducting scale-up community who need thousands of high frequency lines for control and read-out and multiple components to run their QPUs. This system has multiple Secondary Inserts, PTRs and cooling circuits with the ability to have a dilution unit attached to the cold plate offering extra controllable cooling power where it is needed. Through this augmented reality app you can see the fully accessible sample space that only this shape of large dilution refrigerator will give you, with doors and easily removable radiation shields allowing you full access to the mixing chamber sample space.

https://apps.apple.com/us/app/explore-proteox/id6477702161.



4

| | |
|---|---|
| | https://play.google.com/store/apps/details?id=com.YourCompany.ExploreProteox&hl=en_IN&pli=1<br><br>*See also* https://nanoscience.oxinst.com/resources/blog/connected-dilution-refrigerators-for-scalable-quantum-computing. |
| [1.b] an opening in the at least one substantially planar surface of the outer housing configured to provide access to an experimental volume disposed within an interior of the outer vacuum chamber. | On information and belief, the ProteoxQX includes an opening in the at least one substantially planar surface of the outer housing configured to provide access to accessible sample space (*i.e.*, "an experimental volume") disposed within an interior of the outer vacuum chamber.<br><br><br><br>https://apps.apple.com/us/app/explore-proteox/id6477702161. |

5

| | |
|---|---|
| | Explore models of the Proteox family of dilution refrigerators from Oxford Instruments in augmented reality – see them in your own laboratory space!<br><br>Proteox™ dilution refrigerators from Oxford Instruments enable a step change in Cryofree® system modularity – designed for enhanced adaptability, reliability and increased experimental capacity. Opportunities to view systems before purchase can be limited so using this augmented reality app on your own device you can see several of our systems up close and in real size! Explore key features and details that will help you assess our Proteox family for your own applications.<br><br>https://apps.apple.com/us/app/explore-proteox/id6477702161.<br><br>The ProteoxQX is our largest dilution refrigerator specifically designed for the superconducting scale-up community who need thousands of high frequency lines for control and read-out and multiple components to run their QPUs. This system has multiple Secondary Inserts, PTRs and cooling circuits with the ability to have a dilution unit attached to the cold plate offering extra controllable cooling power where it is needed. Through this augmented reality app you can see the fully accessible sample space that only this shape of large dilution refrigerator will give you, with doors and easily removable radiation shields allowing you full access to the mixing chamber sample space.<br><br>https://apps.apple.com/us/app/explore-proteox/id6477702161. |



*See also* https://nanoscience.oxinst.com/resources/blog/connected-dilution-refrigerators-for-scalable-quantum-computing.

| | |
|---|---|
| [17.pre] A dilution refrigerator comprising: | Oxford Instruments' ProteoxQX ("the Accused Products") is a dilution refrigerator. *See* Claim Element [1.pre]. |
| [17.a] an outer vacuum chamber comprising an outer housing having at least one substantially planar surface; and | On information and belief, the ProteoxQX includes an outer vacuum chamber comprising an outer housing having at least one substantially planar surface.<br><br><br><br>https://apps.apple.com/us/app/explore-proteox/id6477702161. |

Explore models of the Proteox family of dilution refrigerators from Oxford Instruments in augmented reality – see them in your own laboratory space!

Proteox™ dilution refrigerators from Oxford Instruments enable a step change in Cryofree® system modularity – designed for enhanced adaptability, reliability and increased experimental capacity. Opportunities to view systems before purchase can be limited so using this augmented reality app on your own device you can see several of our systems up close and in real size! Explore key features and details that will help you assess our Proteox family for your own applications.

https://apps.apple.com/us/app/explore-proteox/id6477702161.

The ProteoxQX is our largest dilution refrigerator specifically designed for the superconducting scale-up community who need thousands of high frequency lines for control and read-out and multiple components to run their QPUs. This system has multiple Secondary Inserts, PTRs and cooling circuits with the ability to have a dilution unit attached to the cold plate offering extra controllable cooling power where it is needed. Through this augmented reality app you can see the fully accessible sample space that only this shape of large dilution refrigerator will give you, with doors and easily removable radiation shields allowing you full access to the mixing chamber sample space.

https://apps.apple.com/us/app/explore-proteox/id6477702161.

9



https://play.google.com/store/apps/details?id=com.YourCompany.ExploreProteox&hl=en_IN&pli=1

*See also* https://nanoscience.oxinst.com/resources/blog/connected-dilution-refrigerators-for-scalable-quantum-computing.

| | |
|---|---|
| [17.b] an opening in the at least one substantially planar surface of the outer | On information and belief, the ProteoxQX includes an opening in the at least one substantially planar surface of the outer housing configured to provide access to accessible sample space (*i.e.*, "an experimental volume") disposed within an interior of the outer vacuum chamber, |

| | |
|---|---|
| housing configured to provide access to an experimental volume disposed within an interior of the outer vacuum chamber, | **Screenshots**  iPad  iPhone<br><br><br><br>https://apps.apple.com/us/app/explore-proteox/id6477702161.<br><br>Explore models of the Proteox family of dilution refrigerators from Oxford Instruments in augmented reality – see them in your own laboratory space!<br><br>Proteox™ dilution refrigerators from Oxford Instruments enable a step change in Cryofree® system modularity – designed for enhanced adaptability, reliability and increased experimental capacity. Opportunities to view systems before purchase can be limited so using this augmented reality app on your own device you can see several of our systems up close and in real size! Explore key features and details that will help you assess our Proteox family for your own applications.<br><br>https://apps.apple.com/us/app/explore-proteox/id6477702161. |

| | The ProteoxQX is our largest dilution refrigerator specifically designed for the superconducting scale-up community who need thousands of high frequency lines for control and read-out and multiple components to run their QPUs. This system has multiple Secondary Inserts, PTRs and cooling circuits with the ability to have a dilution unit attached to the cold plate offering extra controllable cooling power where it is needed. Through this augmented reality app you can see the fully accessible sample space that only this shape of large dilution refrigerator will give you, with doors and easily removable radiation shields allowing you full access to the mixing chamber sample space. <br><br> https://apps.apple.com/us/app/explore-proteox/id6477702161. |
| --- | --- |

12



*See also* https://nanoscience.oxinst.com/resources/blog/connected-dilution-refrigerators-for-scalable-quantum-computing.

13

| | |
|---|---|
| [17.c] wherein the at least one substantially planar surface of the outer housing comprises a first surface disposed within a plane perpendicular to a plane of a floor supporting the dilution refrigerator. | On information and belief, the ProteoxQX includes at least one substantially planar surface of the outer housing having a first surface disposed within a plane perpendicular to a plane of a floor supporting the dilution refrigerator.<br><br><br><br>https://apps.apple.com/us/app/explore-proteox/id6477702161.<br><br>Explore models of the Proteox family of dilution refrigerators from Oxford Instruments in augmented reality – see them in your own laboratory space!<br><br>Proteox™ dilution refrigerators from Oxford Instruments enable a step change in Cryofree® system modularity – designed for enhanced adaptability, reliability and increased experimental capacity. Opportunities to view systems before purchase can be limited so using this augmented reality app on your own device you can see several of our systems up close and in real size! Explore key features and details that will help you assess our Proteox family for your own applications.<br><br>https://apps.apple.com/us/app/explore-proteox/id6477702161. |

| | The ProteoxQX is our largest dilution refrigerator specifically designed for the superconducting scale-up community who need thousands of high frequency lines for control and read-out and multiple components to run their QPUs. This system has multiple Secondary Inserts, PTRs and cooling circuits with the ability to have a dilution unit attached to the cold plate offering extra controllable cooling power where it is needed. Through this augmented reality app you can see the fully accessible sample space that only this shape of large dilution refrigerator will give you, with doors and easily removable radiation shields allowing you full access to the mixing chamber sample space.<br><br>https://apps.apple.com/us/app/explore-proteox/id6477702161. |

15



| | |
|---|---|
| | https://play.google.com/store/apps/details?id=com.YourCompany.ExploreProteox&hl=en_IN&pli=1 *See also* https://nanoscience.oxinst.com/resources/blog/connected-dilution-refrigerators-for-scalable-quantum-computing. |
| | |
| [18.pre] A dilution refrigerator comprising: | Oxford Instruments' ProteoxQX ("the Accused Products") is a dilution refrigerator. *See* Claim Element [1.pre]. |
| [18.a] an outer vacuum chamber comprising an outer housing having at least one substantially planar surface; and | On information and belief and as identified below, the ProteoxQX includes an outer vacuum chamber comprising an outer housing having at least one substantially planar surface.<br><br><br><br>https://apps.apple.com/us/app/explore-proteox/id6477702161. |

Explore models of the Proteox family of dilution refrigerators from Oxford Instruments in augmented reality – see them in your own laboratory space!

Proteox™ dilution refrigerators from Oxford Instruments enable a step change in Cryofree® system modularity – designed for enhanced adaptability, reliability and increased experimental capacity. Opportunities to view systems before purchase can be limited so using this augmented reality app on your own device you can see several of our systems up close and in real size! Explore key features and details that will help you assess our Proteox family for your own applications.

https://apps.apple.com/us/app/explore-proteox/id6477702161.

The ProteoxQX is our largest dilution refrigerator specifically designed for the superconducting scale-up community who need thousands of high frequency lines for control and read-out and multiple components to run their QPUs. This system has multiple Secondary Inserts, PTRs and cooling circuits with the ability to have a dilution unit attached to the cold plate offering extra controllable cooling power where it is needed. Through this augmented reality app you can see the fully accessible sample space that only this shape of large dilution refrigerator will give you, with doors and easily removable radiation shields allowing you full access to the mixing chamber sample space.

https://apps.apple.com/us/app/explore-proteox/id6477702161.

| | |
|---|---|
| |  https://play.google.com/store/apps/details?id=com.YourCompany.ExploreProteox&hl=en_IN&pli=1 <br><br> *See also* https://nanoscience.oxinst.com/resources/blog/connected-dilution-refrigerators-for-scalable-quantum-computing. |
| [18.b] an opening in the at least one substantially planar surface configured | On information and belief and as identified below, the ProteoxQX includes an opening in at least one substantially planar surface configured to provide access to an interior of the outer vacuum chamber. |

| | |
|---|---|
| to provide access to an interior of the outer vacuum chamber, | <br><br>https://apps.apple.com/us/app/explore-proteox/id6477702161.<br><br>Explore models of the Proteox family of dilution refrigerators from Oxford Instruments in augmented reality – see them in your own laboratory space!<br><br>Proteox™ dilution refrigerators from Oxford Instruments enable a step change in Cryofree® system modularity – designed for enhanced adaptability, reliability and increased experimental capacity. Opportunities to view systems before purchase can be limited so using this augmented reality app on your own device you can see several of our systems up close and in real size! Explore key features and details that will help you assess our Proteox family for your own applications.<br><br>https://apps.apple.com/us/app/explore-proteox/id6477702161. |

|  | The ProteoxQX is our largest dilution refrigerator specifically designed for the superconducting scale-up community who need thousands of high frequency lines for control and read-out and multiple components to run their QPUs. This system has multiple Secondary Inserts, PTRs and cooling circuits with the ability to have a dilution unit attached to the cold plate offering extra controllable cooling power where it is needed. Through this augmented reality app you can see the fully accessible sample space that only this shape of large dilution refrigerator will give you, with doors and easily removable radiation shields allowing you full access to the mixing chamber sample space. https://apps.apple.com/us/app/explore-proteox/id6477702161. |

21



*See also* https://nanoscience.oxinst.com/resources/blog/connected-dilution-refrigerators-for-scalable-quantum-computing.

| [18.c] wherein the opening comprises a hinged door. | On information and belief, the ProteoxQX includes an opening with a hinged door.  The left image in the screenshot below illustrated the dilution refrigerator with the hinged door closed and the right image illustrates the refrigerator with the hinged door open.<br><br>**Screenshots**    iPad   iPhone<br><br><br><br>https://apps.apple.com/us/app/explore-proteox/id6477702161. |

23



https://play.google.com/store/apps/details?id=com.YourCompany.ExploreProteox&hl=en_IN&pli=1

*See also* https://nanoscience.oxinst.com/resources/blog/connected-dilution-refrigerators-for-scalable-quantum-computing.

24