**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MAYBELL QUANTUM INDUSTRIES, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>QD OXFORD UK LIMITED and QUANTUM DESIGN INTERNATIONAL INC.,<br><br>            Defendants. | Case No. 1:25-cv-00949-MN |

## DEFENDANTS' PARTIAL MOTION TO DISMISS

Defendants QD Oxford UK Limited and Quantum Design International Inc. (collectively, "Quantum" or "Defendants") move pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss Plaintiff's allegations in Count I of the First Amended Complaint (D.I. 18) for contributory infringement (§ 271(c)). The reasons for the instant motion are set forth in Defendants' Opening Brief in Support being filed contemporaneously herewith, which is incorporated herein by reference.

Dated:  February 20, 2026

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/Amy M. Dudash*

Andrew J. Gray IV (*pro hac vice*)
Tae-Woong Koo (*pro hac vice*)
1400 Page Mill Road
Palo Alto, California 94304
Telephone:  650.843.4000
Fax:  650.843.4001
andrew.gray@morganlewis.com
tae-woong.koo@morganlewis.com

Amy M. Dudash (DE Bar No. 5741)
1201 N. Market Street, Suite 2201
Telephone:  302.574.3000
Fax:  302.574.3001
amy.dudash@morganlewis.com

*Attorneys for Defendants*
*QD Oxford UK Limited and Quantum*
*Design International Inc.*