## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MAYBELL QUANTUM INDUSTRIES, INC.,

        Plaintiff,

    v.

QD OXFORD UK LIMITED and QUANTUM DESIGN INTERNATIONAL INC.,

        Defendants.

Case No. 1:25-cv-00949-MN

## [PROPOSED] ORDER GRANTING DEFENDANTS' PARTIAL MOTION TO DISMISS

The Court having considered Defendants' Partial Motion to Dismiss HEREBY ORDERS that the allegations in Count I of the First Amended Complaint (D.I. 18) for contributory infringement (§ 271(c)) are DISMISSED.

_____
Honorable Maryellen Noreika
U.S. District Court Judge