**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MAYBELL QUANTUM INDUSTRIES, INC., <br><br>        Plaintiff, <br><br>    v. <br><br> QD OXFORD UK LIMITED and QUANTUM DESIGN INTERNATIONAL INC. <br><br>        Defendants. | C.A. No. 1:25-cv-00949-MN |

**DEFENDANTS' REQUEST FOR ORAL ARGUMENT
REGARDING THEIR PARTIAL MOTION TO DISMISS**

Pursuant to Local Rule 7.1.4, Defendants QD Oxford UK Limited and Quantum Design International Inc. (collectively, "Defendants") respectfully request that the Court hear oral argument regarding Defendants' Partial Motion to Dismiss (D.I. 19). Briefing regarding this Motion was completed on March 13, 2026.

Dated: March 20, 2026

                                          Respectfully submitted,

                                          MORGAN, LEWIS & BOCKIUS LLP

                                          */s/Amy M. Dudash*

Andrew J. Gray IV (*pro hac vice*)            Amy M. Dudash (DE Bar No. 5741)
Tae-Woong Koo (*pro hac vice*)               1201 N. Market Street, Suite 2201
1400 Page Mill Road                          Telephone:  302.574.3000
Palo Alto, California 94304                 Fax:  302.574.3001
Telephone:  650.843.4000                amy.dudash@morganlewis.com
Fax:  650.843.4001
andrew.gray@morganlewis.com
tae-woong.koo@morganlewis.com          *Attorneys for Defendants*
                                         *QD Oxford UK Limited and Quantum Design International Inc.*